# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

RICHARD GOLDEN,
an individual,
    Plaintiff,

v.

JANG H. LIM, d/b/a
DENTAL USA, INC.,
    Defendant.

Case No. 2:09-cv-13561

Hon. Patrick J Duggan
Magistrate Mona K Majzoub

_____

## ORDER OF DISMISSAL

WHEREAS, the parties having stipulated to the entry of this order in connection with the settlement, and

The Court having otherwise fully advised in the premises;

IT IS HEREBY ORDERED and adjudged that this case be dismissed without prejudice, with each side to bear its own costs and attorney fees and the Court shall retain jurisdiction of this matter for the purpose of enforcing the Settlement Agreement entered into between the Parties.

IT IS SO ORDERED.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: January 15, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 15, 2010,by electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager

Agreed:

| | |
|---|---|
| _/s/Douglas W. Sprinkle_____ | _/s/Byung H. Whang w/ consent 1-15-10 |
| Douglas W. Sprinkle (P25326) | Byung H. Whang |
| Ronald W. Citkowski (P34732) | 1111 Plaza Dr., Ste. 755 |
| Gifford, Krass, Sprinkle, | Schaumburg, IL  60173 |
| Anderson & Citkowski, P.C. | (847) 517-3696 |
| 2701 Troy Center Drive, Ste. 330 | (847) 517-2925 (Fax) |
| P.O. Box 7021 | whangbyunghui@yahoo.com |
| Troy, MI  48007 | |
| (248) 647-6000 | |
| (248) 647-5210 (Fax) | |
| litigation@patlaw.com | |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |